GIBSON, DUNN & CRUTCHER LLP
CATHERINE A. CONWAY, SBN 98366
　cconway@gibsondunn.com
LILY BU, SBN 292326
　lbu@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants Television City Studios, LLC; Television City Services, LLC; Television City Productions, LLC; Michael Hackman & Associates; and Hackman Capital Partners, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN PIAZZA; JOEL BINGER; KEVIN BELLOTTI; JIMMY VELARDE; WAYNE GETCHELL; NANCY PERRY; EDWARD NELSON; RON NUGENT; DAVE GOLBA; PETER MALLARD; FREDERICK SMITH; JULIAN SALAS; ROBERTO BOSIO; RICHARD LABGOLD; DENISE STONES; LESLIE NOURSE; LINDA RUSS; JERILYNNE AKUTAGAWA; BARBRA CIMO; SHARON O'DANIEL; JODY LAWRENCE-MILLER; VICKI KAUFMAN; TRACY LAWRENCE; KENNETH LATKA; and MARC BERUTI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CBS BROADCASTING, INC.; TELEVISION CITY STUDIOS, LLC; TELEVISION CITY SERVICES, LLC; TELEVISION CITY PRODUCTIONS, LLC; MICHAEL HACKMAN & ASSOCIATIONS; HACKMAN CAPITAL PARTNERS LCC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-02920 DSF(ASx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Dale S. Fischer<br><br>Complaint Served:  January 28, 2020<br>Date of Removal:   March 27, 2020<br>Current Response Date:  April 3, 2020<br>New Response Date:       May 1, 2020 |

Pursuant to Civil Local Rule 8-3, Plaintiffs[1] and Defendants Television City Studios, LLC; Television City Services, LLC; Television City Productions, LLC; Michael Hackman & Associates; and Hackman Capital Partners, LLC ("Hackman Defendants") hereby stipulate to extend by 28 days the time Hackman Defendants have to answer or otherwise respond to Plaintiffs' First Amended Complaint (Dkt. No. 1, Ex. E) to May 1, 2020.  Hackman Defendants have not sought or obtained any prior extension of time, and this extension will not impact the date of any event or deadline fixed by any Court order.

DATED:  April 3, 2020           GIBSON, DUNN & CRUTCHER LLP


By: */s/ Lily Bu*
        Lily Bu

Attorneys for Defendants
Television City Studios, LLC; Television City Services, LLC; Television City Productions, LLC; Michael Hackman & Associates; and Hackman Capital Partners, LLC

DATED: April 3, 2020            LAW OFFICES OF WAYNE S. KREGER, P.A.


By: */s/ Wayne S. Kreger*
        Wayne S. Kreger

Attorneys for Plaintiffs

---

[1] Plaintiffs are Ben Piazza; Joel Binger; Kevin Bellotti; Jimmy Velarde; Wayne Getchell; Nancy Perry; Edward Nelson; Ron Nugent; Dave Golba; Peter Mallard; Frederick Smith; Julian Salas; Roberto Bosio; Richard Labgold; Denise Stones; Leslie Nourse; Linda Russ; Jerilynne Akutagawa; Barbra Cimo; Sharon O'Daniel; Jody Lawrence-Miller; Vicki Kaufman; Tracy Lawrence; Kenneth Latka; and Marc Beruti.

## ATTESTATION

Pursuant to L.R. 5-4.3.4, Lily Bu hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Lily Bu*
Lily Bu