UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN PIAZZA; JOEL BINGER; KEVIN BELLOTTI; JIMMY VELARDE; WAYNE GETCHELL; NANCY PERRY; EDWARD NELSON; RON NUGENT; DAVE GOLBA; PETER MALLARD; FREDERICK SMITH; JULIAN SALAS; ROBERTO BOSIO; RICHARD LABGOLD; DENISE STONES; LESLIE NOURSE; LINDA RUSS; JERILYNNE AKUTAGAWA; BARBRA CIMO; SHARON O'DANIEL; JODY LAWRENCE-MILLER; VICKI KAUFMAN; TRACY LAWRENCE; KENNETH LATKA; and MARC BERUTI<br><br>　　　　　Plaintiffs,<br>　　v.<br>CBS BROADCASTING, INC.; TELEVISION CITY STUDIOS, LLC; TELEVISION CITY SERVICES, LLC; TELEVISION CITY PRODUCTIONS, LLC; MICHAEL HACKMAN & ASSOCIATIONS; HACKMAN CAPITAL PARTNERS LCC; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | CASE NO. 2:20-cv-02920 DSF(ASx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RESPONSE TO FIRST AMENDED COMPLAINT, MOTION TO DISMISS, AND MOTION FOR SANCTIONS**<br><br>Hon. Dale S. Fischer |

This matter is before the Court pursuant to the Joint Stipulation Regarding Response to First Amended Complaint, Motion to Dismiss, and Motion for Sanctions between Plaintiffs and Defendants Television City Studios, LLC; Television City Services, LLC; Television City Productions, LLC; Michael Hackman & Associates; and Hackman Capital Partners, LLC ("Hackman Defendants").   Based on the Joint Stipulation and good cause appearing, the Court GRANTS the relief requested in the Joint Stipulation and HEREBY ORDERS that:

1. Hackman Defendants shall serve their Rule 11 Motion for Sanctions on Plaintiffs on May 22, 2020.

2. Hackman Defendants' time to respond to the First Amended Complaint, whether by Answer or a Motion to Dismiss is extended to June 5, 2020.

3. Hackman Defendants' Rule 11 Motion for Sanctions shall be filed on June 5, 2020.

4. Plaintiffs' Opposition to Hackman Defendants' Motion to Dismiss and Motion for Sanctions shall be filed on July 2, 2020.

5. Hackman Defendants' Reply in Support of their Motion for Sanctions and Motion to Dismiss shall be due on July 23, 2020.

6. If Plaintiffs decide to file a Motion to Remand, the parties shall cooperate and may revise this briefing schedule as appropriate and subject to the Court's approval.

IT IS SO ORDERED.

DATED: April 6, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE