UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN PIAZZA; JOEL BINGER; KEVIN BELLOTTI; JIMMY VELARDE; WAYNE GETCHELL; NANCY PERRY; EDWARD NELSON; RON NUGENT; DAVE GOLBA; PETER MALLARD; FREDERICK SMITH; JULIAN SALAS; ROBERTO BOSIO; RICHARD LABGOLD; DENISE STONES; LESLIE NOURSE; LINDA RUSS; JERILYNNE AKUTAGAWA; BARBRA CIMO; SHARON O'DANIEL; JODY LAWRENCE-MILLER; VICKI KAUFMAN; TRACY LAWRENCE; KENNETH LATKA; and MARC BERUTI<br><br>    Plaintiffs,<br><br>    v.<br><br>CBS BROADCASTING, INC.; TELEVISION CITY STUDIOS, LLC; TELEVISION CITY SERVICES, LLC; TELEVISION CITY PRODUCTIONS, LLC; MICHAEL HACKMAN & ASSOCIATIONS; HACKMAN CAPITAL PARTNERS LCC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-02920 DSF(ASx)<br><br>**[PROPOSED] ORDER GRANTING HACKMAN DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**<br><br>Hon. Dale S. Fischer |

On June 5, 2020, Defendants Television City Studios, LLC; Television City Services, LLC; Television City Productions, LLC; Michael Hackman & Associates; and Hackman Capital Partners, LLC ("Hackman Defendants") filed their Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.  The Court, having considered the papers submitted in connection with the Motion, the arguments of counsel, the papers and records on file in this action, and all other matters of which the Court may properly take judicial notice enters its order as follows:

IT IS HEREBY ORDERED that the Motion for Sanctions is GRANTED, Plaintiffs' First Amended Complaint ("FAC") shall be dismissed with prejudice as to Hackman Defendants, and Plaintiffs and their counsel Wayne Kreger of Law Offices of Wayne Kreger are jointly and severally liable for an award of sanctions payable to the Hackman Defendants in the amount equal to the Hackman Defendants' reasonable attorneys' fees and costs incurred in responding to Plaintiffs' claims in the FAC and in bringing this Motion.

**IT IS SO ORDERED.**

DATED: _____

Dale S. Fischer
United States District Judge