JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN PIAZZA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CBS BROADCASTING, INC. et al.,<br>    Defendants. | CV 20-2920 DSF (ASx)<br><br>JUDGMENT |

The Court having granted the motion to dismiss filed by Defendants Television City Studios, LLC, Television City Services, LLC, Television City Productions, LLC, Michael Hackman & Associates, and Hackman Capital Partners, LLC, and having granted summary judgment in favor of Defendant CBS Broadcasting, Inc.,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 24, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge