UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BEN PIAZZA; et al.,

    Plaintiffs - Appellants,

v.

CBS BROADCASTING, INC.; et al.,

    Defendants - Appellees.

No. 22-55615

D.C. No. 2:20-cv-02920-DSF-AS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered September 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT